UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LLOYED ANTHONY RICHARD                          CIVIL ACTION

VERSUS                                          NO. 08-4251

EDMON D. KINLER and KATHY                       SECTION "A"(1)
BOURGEOIS

## ORDER

The Court having considered the petition, the record, the
applicable law, and Plaintiff's objections to the magistrate
judge's Report and Recommendation, hereby approves the Report and
Recommendation of the United States Magistrate Judge and adopts it
as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's complaint should be and is
hereby **DISMISSED WITH PREJUDICE**.

October 31, 2008

_____
UNITED STATES DISTRICT JUDGE